# EXHIBIT B

**Equity Receivership over Nationwide Automated Systems, Inc., et al.**
**Schedule of Investor Payments to and from NASI**
**Adler, Barbara**
**Investor Acct. 6-0029**

|  |  |  |  |  | Deposits (Investment) | Payments to Investor | Balance ((Profit)/ Loss) |
|---|---|---|---|---|---|---|---|
| **Investor:** | **Adler, Barabara** |  |  |  | $ 514,800.00 | $ (745,514.00) | $ (230,714.00) |

**Adler, Barbara - Deposits:**

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Amount | Cumulative Total |
|---|---|---|---|---|---|---|
| CNB | 22414410 | Deposit | 12/08/03 | Adler, Barbara | $ 79,200.00 | $ 79,200.00 |
| CNB | 22414410 | Deposit | 10/24/04 | Adler, Barbara | $ 118,800.00 | $ 198,000.00 |
| CNB | 22414410 | Deposit | 09/08/08 | Adler, Barbara | $ 148,400.00 | $ 346,400.00 |
| CNB | 22414410 | Deposit | 09/08/08 | Adler, Barbara | $ 10,000.00 | $ 356,400.00 |
| CNB | 22414410 | Deposit | 06/03/11 | Adler, Barbara | $ 158,400.00 | $ 514,800.00 |
|  |  |  |  |  | $ 514,800.00 |  |

**Adler, Barbara - Payments from NASI:**

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Amount | Cumulative Total |
|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 01/01/04 | Adler, Barbara | $ (1,320.00) | $ (1,320.00) |
| CNB | 22414399 | Withdrawal | 02/01/04 | Adler, Barbara | $ (1,320.00) | $ (2,640.00) |
| CNB | 22414399 | Withdrawal | 03/01/04 | Adler, Barbara | $ (1,320.00) | $ (3,960.00) |
| CNB | 22414399 | Withdrawal | 04/01/04 | Adler, Barbara | $ (1,320.00) | $ (5,280.00) |
| CNB | 22414399 | Withdrawal | 05/01/04 | Adler, Barbara | $ (1,320.00) | $ (6,600.00) |
| CNB | 22414399 | Withdrawal | 06/01/04 | Adler, Barbara | $ (1,320.00) | $ (7,920.00) |
| CNB | 22414399 | Withdrawal | 07/01/04 | Adler, Barbara | $ (1,320.00) | $ (9,240.00) |
| CNB | 22414399 | Withdrawal | 08/01/04 | Adler, Barbara | $ (1,320.00) | $ (10,560.00) |
| CNB | 22414399 | Withdrawal | 09/01/04 | Adler, Barbara | $ (1,320.00) | $ (11,880.00) |
| CNB | 22414399 | Withdrawal | 10/01/04 | Adler, Barbara | $ (1,320.00) | $ (13,200.00) |
| CNB | 22414399 | Withdrawal | 11/01/04 | Adler, Barbara | $ (3,300.00) | $ (16,500.00) |
| CNB | 22414399 | Withdrawal | 12/01/04 | Adler, Barbara | $ (3,300.00) | $ (19,800.00) |
| CNB | 22414399 | Withdrawal | 01/01/05 | Adler, Barbara | $ (3,300.00) | $ (23,100.00) |
| CNB | 22414399 | Withdrawal | 02/01/05 | Adler, Barbara | $ (3,300.00) | $ (26,400.00) |
| CNB | 22414399 | Withdrawal | 03/01/05 | Adler, Barbara | $ (3,300.00) | $ (29,700.00) |
| CNB | 22414399 | Withdrawal | 04/01/05 | Adler, Barbara | $ (3,300.00) | $ (33,000.00) |
| CNB | 22414399 | Withdrawal | 05/01/05 | Adler, Barbara | $ (3,300.00) | $ (36,300.00) |
| CNB | 22414399 | Withdrawal | 06/01/05 | Adler, Barbara | $ (3,300.00) | $ (39,600.00) |
| CNB | 22414399 | Withdrawal | 07/01/05 | Adler, Barbara | $ (3,300.00) | $ (42,900.00) |
| CNB | 22414399 | Withdrawal | 08/01/05 | Adler, Barbara | $ (3,300.00) | $ (46,200.00) |
| CNB | 22414399 | Withdrawal | 09/01/05 | Adler, Barbara | $ (3,300.00) | $ (49,500.00) |
| CNB | 22414399 | Withdrawal | 10/01/05 | Adler, Barbara | $ (3,300.00) | $ (52,800.00) |
| CNB | 22414399 | Withdrawal | 11/01/05 | Adler, Barbara | $ (3,300.00) | $ (56,100.00) |
| CNB | 22414399 | Withdrawal | 12/01/05 | Adler, Barbara | $ (3,300.00) | $ (59,400.00) |
| CNB | 22414399 | Withdrawal | 01/01/06 | Adler, Barbara | $ (3,300.00) | $ (62,700.00) |
| CNB | 22414399 | Withdrawal | 02/01/06 | Adler, Barbara | $ (3,300.00) | $ (66,000.00) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 03/01/06 | Adler, Barbara | $ | (3,300.00) | $ | (69,300.00) |
| CNB | 22414399 | Withdrawal | 04/01/06 | Adler, Barbara | $ | (3,300.00) | $ | (72,600.00) |
| CNB | 22414399 | Withdrawal | 05/01/06 | Adler, Barbara | $ | (3,300.00) | $ | (75,900.00) |
| CNB | 22414399 | Withdrawal | 06/01/06 | Adler, Barbara | $ | (3,300.00) | $ | (79,200.00) |
| CNB | 22414399 | Withdrawal | 07/01/06 | Adler, Barbara | $ | (3,300.00) | $ | (82,500.00) |
| CNB | 22414399 | Withdrawal | 08/01/06 | Adler, Barbara | $ | (3,300.00) | $ | (85,800.00) |
| CNB | 22414399 | Withdrawal | 09/01/06 | Adler, Barbara | $ | (3,300.00) | $ | (89,100.00) |
| CNB | 22414399 | Withdrawal | 10/01/06 | Adler, Barbara | $ | (3,300.00) | $ | (92,400.00) |
| CNB | 22414399 | Withdrawal | 11/01/06 | Adler, Barbara | $ | (3,300.00) | $ | (95,700.00) |
| CNB | 22414399 | Withdrawal | 12/01/06 | Adler, Barbara | $ | (3,300.00) | $ | (99,000.00) |
| CNB | 22414399 | Withdrawal | 01/01/07 | Adler, Barbara | $ | (3,300.00) | $ | (102,300.00) |
| CNB | 22414399 | Withdrawal | 02/01/07 | Adler, Barbara | $ | (3,300.00) | $ | (105,600.00) |
| CNB | 22414399 | Withdrawal | 03/01/07 | Adler, Barbara | $ | (3,300.00) | $ | (108,900.00) |
| CNB | 22414399 | Withdrawal | 04/01/07 | Adler, Barbara | $ | (3,300.00) | $ | (112,200.00) |
| CNB | 22414399 | Withdrawal | 05/01/07 | Adler, Barbara | $ | (3,300.00) | $ | (115,500.00) |
| CNB | 22414399 | Withdrawal | 06/01/07 | Adler, Barbara | $ | (3,300.00) | $ | (118,800.00) |
| CNB | 22414399 | Withdrawal | 07/01/07 | Adler, Barbara | $ | (3,300.00) | $ | (122,100.00) |
| CNB | 22414399 | Withdrawal | 08/01/07 | Adler, Barbara | $ | (3,300.00) | $ | (125,400.00) |
| CNB | 22414399 | Withdrawal | 09/10/07 | Adler, Barbara | $ | (3,300.00) | $ | (128,700.00) |
| CNB | 22414399 | Withdrawal | 10/10/07 | Adler, Barbara | $ | (3,300.00) | $ | (132,000.00) |
| CNB | 22414399 | Withdrawal | 11/02/07 | Adler, Barbara | $ | (3,300.00) | $ | (135,300.00) |
| CNB | 22414399 | Withdrawal | 12/11/07 | Adler, Barbara | $ | (3,300.00) | $ | (138,600.00) |
| CNB | 22414399 | Withdrawal | 01/04/08 | Adler, Barbara | $ | (3,300.00) | $ | (141,900.00) |
| CNB | 22414399 | Withdrawal | 02/04/08 | Adler, Barbara | $ | (3,300.00) | $ | (145,200.00) |
| CNB | 22414399 | Withdrawal | 03/21/08 | Adler, Barbara | $ | (3,300.00) | $ | (148,500.00) |
| CNB | 22414399 | Withdrawal | 04/07/08 | Adler, Barbara | $ | (3,300.00) | $ | (151,800.00) |
| CNB | 22414399 | Withdrawal | 05/06/08 | Adler, Barbara | $ | (3,300.00) | $ | (155,100.00) |
| CNB | 22414399 | Withdrawal | 06/09/08 | Adler, Barbara | $ | (3,300.00) | $ | (158,400.00) |
| CNB | 22414399 | Withdrawal | 07/09/08 | Adler, Barbara | $ | (3,300.00) | $ | (161,700.00) |
| CNB | 22414399 | Withdrawal | 08/05/08 | Adler, Barbara | $ | (3,300.00) | $ | (165,000.00) |
| CNB | 22414399 | Withdrawal | 09/10/08 | Adler, Barbara | $ | (3,300.00) | $ | (168,300.00) |
| CNB | 22414399 | Withdrawal | 10/06/08 | Adler, Barbara | $ | (3,300.00) | $ | (171,600.00) |
| CNB | 22414399 | Withdrawal | 11/10/08 | Adler, Barbara | $ | (5,940.00) | $ | (177,540.00) |
| CNB | 22414399 | Withdrawal | 12/04/08 | Adler, Barbara | $ | (5,940.00) | $ | (183,480.00) |
| CNB | 22414399 | Withdrawal | 01/06/09 | Adler, Barbara | $ | (5,940.00) | $ | (189,420.00) |
| CNB | 22414399 | Withdrawal | 02/05/09 | Adler, Barbara | $ | (5,940.00) | $ | (195,360.00) |
| CNB | 22414399 | Withdrawal | 03/04/09 | Adler, Barbara | $ | (5,940.00) | $ | (201,300.00) |
| CNB | 22414410 | Withdrawal | 03/24/09 | Adler, Barbara | $ | (39,600.00) | $ | (240,900.00) |
| CNB | 22414399 | Withdrawal | 04/07/09 | Adler, Barbara | $ | (5,940.00) | $ | (246,840.00) |
| CNB | 22414399 | Withdrawal | 05/04/09 | Adler, Barbara | $ | (5,280.00) | $ | (252,120.00) |
| CNB | 22414399 | Withdrawal | 06/01/09 | Adler, Barbara | $ | (5,280.00) | $ | (257,400.00) |
| CNB | 22414399 | Withdrawal | 07/02/09 | Adler, Barbara | $ | (5,280.00) | $ | (262,680.00) |
| CNB | 22414399 | Withdrawal | 08/05/09 | Adler, Barbara | $ | (5,280.00) | $ | (267,960.00) |
| CNB | 22414399 | Withdrawal | 09/03/09 | Adler, Barbara | $ | (5,280.00) | $ | (273,240.00) |
| CNB | 22414399 | Withdrawal | 10/02/09 | Adler, Barbara | $ | (5,280.00) | $ | (278,520.00) |
| CNB | 22414399 | Withdrawal | 11/03/09 | Adler, Barbara | $ | (5,280.00) | $ | (283,800.00) |
| CNB | 22414399 | Withdrawal | 12/02/09 | Adler, Barbara | $ | (5,280.00) | $ | (289,080.00) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 01/04/10 | Adler, Barbara | $ | (5,280.00) | $ | (294,360.00) |
| CNB | 22414410 | Withdrawal | 01/19/10 | Adler, Barbara | $ | (66,000.00) | $ | (360,360.00) |
| CNB | 22414399 | Withdrawal | 02/03/10 | Adler, Barbara | $ | (5,280.00) | $ | (365,640.00) |
| CNB | 22414410 | Withdrawal | 02/23/10 | Adler, Barbara | $ | (66,000.00) | $ | (431,640.00) |
| CNB | 22414399 | Withdrawal | 04/05/10 | Adler, Barbara | $ | (5,280.00) | $ | (436,920.00) |
| CNB | 22414399 | Withdrawal | 04/06/10 | Adler, Barbara | $ | (4,290.00) | $ | (441,210.00) |
| CNB | 22414410 | Withdrawal | 04/06/10 | Adler, Barbara | $ | (26,400.00) | $ | (467,610.00) |
| CNB | 22414399 | Withdrawal | 05/04/10 | Adler, Barbara | $ | (2,640.00) | $ | (470,250.00) |
| CNB | 22414399 | Withdrawal | 06/03/10 | Adler, Barbara | $ | (2,640.00) | $ | (472,890.00) |
| CNB | 22414399 | Withdrawal | 07/06/10 | Adler, Barbara | $ | (2,640.00) | $ | (475,530.00) |
| CNB | 22414399 | Withdrawal | 08/02/10 | Adler, Barbara | $ | (2,640.00) | $ | (478,170.00) |
| CNB | 22414399 | Withdrawal | 09/07/10 | Adler, Barbara | $ | (2,640.00) | $ | (480,810.00) |
| CNB | 22414399 | Withdrawal | 10/04/10 | Adler, Barbara | $ | (2,640.00) | $ | (483,450.00) |
| CNB | 22414399 | Withdrawal | 11/01/10 | Adler, Barbara | $ | (2,640.00) | $ | (486,090.00) |
| CNB | 22414399 | Withdrawal | 12/02/10 | Adler, Barbara | $ | (2,640.00) | $ | (488,730.00) |
| CNB | 22414399 | Withdrawal | 01/03/11 | Adler, Barbara | $ | (2,640.00) | $ | (491,370.00) |
| CNB | 22414410 | Withdrawal | 01/24/11 | Adler, Barbara | $ | (19,800.00) | $ | (511,170.00) |
| CNB | 22414399 | Withdrawal | 02/03/11 | Adler, Barbara | $ | (2,640.00) | $ | (513,810.00) |
| CNB | 22414399 | Withdrawal | 03/03/11 | Adler, Barbara | $ | (2,640.00) | $ | (516,450.00) |
| CNB | 22414399 | Withdrawal | 03/10/11 | Adler, Barbara | $ | (1,980.00) | $ | (518,430.00) |
| CNB | 22414410 | Withdrawal | 03/10/11 | Adler, Barbara | $ | (18,000.00) | $ | (536,430.00) |
| CNB | 22414399 | Withdrawal | 04/06/11 | Adler, Barbara | $ | (2,640.00) | $ | (539,070.00) |
| CNB | 22414399 | Withdrawal | 05/03/11 | Adler, Barbara | $ | (2,640.00) | $ | (541,710.00) |
| CNB | 22414399 | Withdrawal | 06/06/11 | Adler, Barbara | $ | (2,640.00) | $ | (544,350.00) |
| CNB | 22414399 | Withdrawal | 07/07/11 | Adler, Barbara | $ | (2,640.00) | $ | (546,990.00) |
| CNB | 22414399 | Withdrawal | 08/08/11 | Adler, Barbara | $ | (5,370.50) | $ | (552,360.50) |
| CNB | 22414399 | Withdrawal | 09/02/11 | Adler, Barbara | $ | (5,389.00) | $ | (557,749.50) |
| CNB | 22414399 | Withdrawal | 10/04/11 | Adler, Barbara | $ | (5,411.50) | $ | (563,161.00) |
| CNB | 22414399 | Withdrawal | 11/02/11 | Adler, Barbara | $ | (5,383.50) | $ | (568,544.50) |
| CNB | 22414399 | Withdrawal | 12/05/11 | Adler, Barbara | $ | (5,395.50) | $ | (573,940.00) |
| CNB | 22414399 | Withdrawal | 01/05/12 | Adler, Barbara | $ | (5,409.50) | $ | (579,349.50) |
| CNB | 22414399 | Withdrawal | 02/02/12 | Adler, Barbara | $ | (5,382.50) | $ | (584,732.00) |
| CNB | 22414399 | Withdrawal | 03/02/12 | Adler, Barbara | $ | (5,366.00) | $ | (590,098.00) |
| CNB | 22414399 | Withdrawal | 04/04/12 | Adler, Barbara | $ | (5,337.00) | $ | (595,435.00) |
| CNB | 22414399 | Withdrawal | 05/02/12 | Adler, Barbara | $ | (5,377.50) | $ | (600,812.50) |
| CNB | 22414399 | Withdrawal | 06/04/12 | Adler, Barbara | $ | (5,361.50) | $ | (606,174.00) |
| CNB | 22414399 | Withdrawal | 07/02/12 | Adler, Barbara | $ | (5,389.00) | $ | (611,563.00) |
| CNB | 22414399 | Withdrawal | 08/06/12 | Adler, Barbara | $ | (5,389.00) | $ | (616,952.00) |
| CNB | 22414399 | Withdrawal | 09/05/12 | Adler, Barbara | $ | (5,412.50) | $ | (622,364.50) |
| CNB | 22414399 | Withdrawal | 10/01/12 | Adler, Barbara | $ | (5,413.50) | $ | (627,778.00) |
| CNB | 22414399 | Withdrawal | 11/06/12 | Adler, Barbara | $ | (5,394.00) | $ | (633,172.00) |
| CNB | 22414399 | Withdrawal | 12/06/12 | Adler, Barbara | $ | (5,364.00) | $ | (638,536.00) |
| CNB | 22414399 | Withdrawal | 01/04/13 | Adler, Barbara | $ | (5,350.50) | $ | (643,886.50) |
| CNB | 22414399 | Withdrawal | 02/04/13 | Adler, Barbara | $ | (5,342.00) | $ | (649,228.50) |
| CNB | 22414399 | Withdrawal | 03/04/13 | Adler, Barbara | $ | (5,353.50) | $ | (654,582.00) |
| CNB | 22414399 | Withdrawal | 04/01/13 | Adler, Barbara | $ | (5,364.50) | $ | (659,946.50) |
| CNB | 22414399 | Withdrawal | 05/03/13 | Adler, Barbara | $ | (5,354.50) | $ | (665,301.00) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 06/05/13 | Adler, Barbara | $ | (5,343.50) | $ | (670,644.50) |
| CNB | 22414399 | Withdrawal | 07/05/13 | Adler, Barbara | $ | (5,355.00) | $ | (675,999.50) |
| CNB | 22414399 | Withdrawal | 08/01/13 | Adler, Barbara | $ | (5,355.00) | $ | (681,354.50) |
| CNB | 22414399 | Withdrawal | 09/05/13 | Adler, Barbara | $ | (5,355.00) | $ | (686,709.50) |
| CNB | 22414399 | Withdrawal | 10/03/13 | Adler, Barbara | $ | (5,343.50) | $ | (692,053.00) |
| CNB | 22414399 | Withdrawal | 11/05/13 | Adler, Barbara | $ | (5,334.50) | $ | (697,387.50) |
| CNB | 22414399 | Withdrawal | 12/03/13 | Adler, Barbara | $ | (5,343.50) | $ | (702,731.00) |
| CNB | 22414399 | Withdrawal | 01/02/14 | Adler, Barbara | $ | (5,355.00) | $ | (708,086.00) |
| CNB | 22414399 | Withdrawal | 02/04/14 | Adler, Barbara | $ | (5,365.00) | $ | (713,451.00) |
| CNB | 22414399 | Withdrawal | 03/04/14 | Adler, Barbara | $ | (5,353.50) | $ | (718,804.50) |
| CNB | 22414399 | Withdrawal | 04/03/14 | Adler, Barbara | $ | (5,343.50) | $ | (724,148.00) |
| CNB | 22414399 | Withdrawal | 05/06/14 | Adler, Barbara | $ | (5,354.50) | $ | (729,502.50) |
| CNB | 22414399 | Withdrawal | 06/02/14 | Adler, Barbara | $ | (5,346.50) | $ | (734,849.00) |
| CNB | 22414399 | Withdrawal | 07/03/14 | Adler, Barbara | $ | (5,338.50) | $ | (740,187.50) |
| CNB | 22414399 | Withdrawal | 08/11/14 | Adler, Barbara | $ | (5,326.50) | $ | (745,514.00) |
| | | | | **Total** | | **$ (745,514.00)** | | |