DAVID R. ZARO (BAR NO. 124334)
TED FATES (BAR NO. 227809)
TIM C. HSU (BAR NO. 279208)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        tfates@allenmatkins.com
        thsu@allenmatkins.com

Attorneys for Receiver
WILLIAM J. HOFFMAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE AUTOMATED SYSTEMS, INC.; JOEL GILLIS; and EDWARD WISHNER,<br><br>Defendants,<br><br>OASIS STUDIO RENTALS, LLC; OASIS STUDIO RENTALS #2, LLC; and OASIS STUDIO RENTALS #3, LLC<br><br>Relief Defendants. | Case No. CV-14-07249-SJO (FFMx)<br><br>**[PROPOSED] ORDER GRANTING THE RECEIVER'S MOTION FOR APPROVAL OF SETTLEMENT WITH BARBARA ADLER**<br><br>Date:      December 14, 2015<br>Time:      10:00 a.m.<br>Ctrm:      1 - 2nd Floor<br>Judge:     Hon. S. James Otero |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

836115.01/SD

1     The Court having considered the motion of William J. Hoffman of

2 Trigild, Inc. ("Receiver"), the Court-appointed permanent receiver for Nationwide

3 Automated Systems, Inc. ("NASI"), Oasis Studio Rentals, LLC, Oasis Studio

4 Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates

5 for an order approving the settlement agreement with Barbara Adler ("Motion"), and

6 good cause appearing therefor, hereby orders as follows:

7     1.    The Motion is granted;

8     2.    The Settlement Agreement attached to the Declaration of Aaron J.

9 Kudla in Support of the Motion is approved.

11 Dated: _____    _____

12     Hon. S. James Otero
    Judge, United States District Court

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

836115.01/SD