1  DAVID R. ZARO (BAR NO. 124334)
   TED FATES (BAR NO. 227809)
2  TIM C. HSU (BAR NO. 279208)
   ALLEN MATKINS LECK GAMBLE
3    MALLORY & NATSIS LLP
   515 South Figueroa Street, Ninth Floor
4  Los Angeles, California 90071-3309
   Phone: (213) 622-5555
5  Fax: (213) 620-8816
   E-Mail: dzaro@allenmatkins.com
6          tfates@allenmatkins.com
           thsu@allenmatkins.com
7
   Attorneys for Receiver
8  WILLIAM J. HOFFMAN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| WILLIAM J. HOFFMAN, Court-appointed permanent receiver for Defendant Nationwide Automated Systems, Inc., Relief Defendants Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates,<br><br>           Plaintiff,<br><br>      v.<br><br>BARBARA ADLER,<br><br>           Defendant. | Case No. CV15-05737 SJO (FFMx)<br><br>**WITHDRAWAL OF MOTION FOR APPROVAL OF SETTLEMENT WITH BARBARA ADLER**<br><br>Date:  December 14, 2015<br>Time:  10:00 a.m.<br>Ctrm:  1 - 2nd Floor<br>Judge: Hon. S. James Otero |

1  Plaintiff, William J. Hoffman of Trigild, Inc. ("Receiver"), the Court-
2  appointed permanent receiver for Nationwide Automated Systems, Inc. ("NASI"),
3  Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio
4  Rentals #3, LLC, and their subsidiaries and affiliates ("Receivership Entities"),
5  hereby withdraws his Motion for Approval of Settlement with Barbara Adler.  The
6  document was filed in the wrong case and will be refiled in the correct case (the
7  related SEC action).

Dated:  November 11, 2015

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By:     */s/ Ted Fates*
TED FATES
Attorneys for Receiver
WILLIAM J. HOFFMAN

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

836441.01/SD